UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                §
                                      §
MALLARI, REYNATO M                    §      Case No. 05-04505 PSH
                                      §
            Debtor(s)                 §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

                CLERK OF THE U.S. BANKRUPTCY COURT
                KENNETH S. GARDNER
                219 S. Dearborn St.
                Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 08/12/2010 in Courtroom 644,
                UNITED STATES BANKRUPTCY COURT
                219 SOUTH DEARBORN STREET
                CHICAGO, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/29/2010                         By: UNITED STATES BANKRUPTCY
                                                    COURT
                                                                                Clerk

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
MALLARI, REYNATO M § Case No. 05-04505 PSH
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 34,017.31 |
| *and approved disbursements of* | $ | 0.00 |
| *leaving a balance on hand of*[1] | $ | 34,017.31 |

Claims of secured creditors will be paid as follows:

*Claimant*                                       *Proposed Payment*
                                                 $

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: RONALD R. PETERSON* | $ 4,151.73 | $ 60.40 |
| *Attorney for trustee: JENNER & BLOCK LLP* | $ 14,863.50 | $ 1,305.26 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 3)*

|  *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Charges:* _____ | $_____ | $_____ |
| *Fees:* _____ | $_____ | $_____ |
| *Other:* _____ | $_____ | $_____ |
| *Other:* _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Attorney for debtor:* _____ | $_____ | $_____ |
| *Attorney for:* _____ | $_____ | $_____ |
| *Accountant for:* _____ | $_____ | $_____ |
| *Appraiser for:* _____ | $_____ | $_____ |
| *Other:* _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 51,185.40 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 26.6 percent.

UST Form 101-7-NFR (9/1/2009) *(Page: 4)*

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Discover Bank/Discover Financial Services | $ 10,387.77 | $ 2,767.43 |
| 000002 | American Express Centurion Bank | $ 5,711.31 | $ 1,521.56 |
| 000003 | eCAST Settlement Corporation assignee of | $ 4,984.68 | $ 1,327.98 |
| 000004 | American Airlines Fed Credit Union | $ 14,534.15 | $ 3,872.08 |
| 000005 | eCAST Settlement Corporation assignee of | $ 3,987.35 | $ 1,062.28 |
| 000006 | eCAST Settlement Corporation assignee of | $ 11,580.14 | $ 3,085.09 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/Ronald R. Peterson_____
Trustee

RONALD R. PETERSON
JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, IL 60654-3456

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: csimmons              Page 1 of 1                  Date Rcvd: Jun 29, 2010
Case: 05-04505                 Form ID: pdf006             Total Noticed: 21

The following entities were noticed by first class mail on Jul 01, 2010.
db           +Reynato M Mallari,    4930 N Moody,   Chicago, IL 60630-2912
aty          +Irving Drobny,   Irving Drobny Pc,    4801 W Peterson,   Chicago, IL 60646-5734
aty          +Michael Kelly,   Jenner & Block,    353 N. Clark St.,   Chicago, IL 60654-4704
tr           +Ronald R Peterson,    Jenner & Block LLP,    353 N. Clark Street,   Chicago, IL 60654-4704
8927782       American Airlines Fed Credit Union,    MD 2100, P.O. Box 619001,   DFW Airport, TX 75261-9001
8927783       American Express,   P.O. Box 360002,    Ft. Lauderdale, FL 33336-0002
11322798      American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
8927784       Bank of America,    P.O. Box 53132,   Phoenix, AZ 85072-3132
8927785       Capital One,    P.O. Box 790216,   Saint Louis, MO 63179-0216
8927786       Cardmember Service,    P.O. Box 15153,   Wilmington, DE 19886-5153
8927787       Chase,    P.O. Box 52095,   Phoenix, AZ 85072-2095
8927788       Citi Dividend Platinum Select Card,    P.O. Box 6415,   The Lakes, NV 88901-6415
8927789       Citi Platinum Select Card,    P.O. Box 6407,   The Lakes, NV 88901-6407
8927791       Household Credit Services,    P.O. Box 88000,   Baltimore, MD 21288-0001
8927792       MBNA America,    P.O. Box 15137,   Wilmington, DE 19886-5137
12688395     +Melinda Mallari,    c/0 Deborah K. Ebner,    11 East Adams St. - Ste 800,    Chicago, IL 60603-6324
12688396     +Melinda Mallari,    c/o Deborah K. Ebner,    11 East Adams St. - Suite 800,
               Chicago, IL 60603-6324
11450529      eCAST Settlement Corporation assignee of,    Chase Bank USA NA,   POB 35480,
               Newark NJ 07193-5480
11339166      eCAST Settlement Corporation assignee of,    Household Bank and its Assigns,   POB 35480,
               Newark NJ 07193-5480

The following entities were noticed by electronic transmission on Jun 29, 2010.
8927790       E-mail/PDF: mrdiscen@discoverfinancial.com Jun 30 2010 01:08:59     Discover Card,
               P.O. Box 30395,   Salt Lake City, UT 84130-0395
11312289     +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 30 2010 01:08:59
               Discover Bank/Discover Financial Services,    PO Box 3025,   New Albany OH 43054-3025
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 01, 2010**               **Signature:**   _Joseph Speetjens_