# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                 §
                                       §
MALLARI, REYNATO M                     §      Case No. 05-04505
                                       §
                    Debtor(s)          §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: 1,300.00 |
| Total Distributions to Claimants:  13,638.25 | Claims Discharged Without Payment:  94,547.15 |
| Total Expenses of Administration:  20,381.10 | |

3) Total gross receipts of $ 34,019.35  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 34,019.35  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 20,381.10 | 20,381.10 | 20,381.10 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 57,000.00 | 57,000.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 51,185.40 | 51,185.40 | 13,638.25 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 128,566.50 | $ 128,566.50 | $ 34,019.35 |

4) This case was originally filed under chapter 7 on 02/10/2005 . The case was pending for 71 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/14/2010               By:/s/RONALD R. PETERSON
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Avoidance Action | 1241-000 | 34,005.00 |
| Post-Petition Interest Deposits | 1270-000 | 14.35 |
| **TOTAL GROSS RECEIPTS** | | **$ 34,019.35** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R PETERSON | 2100-000 | NA | 4,151.94 | 4,151.94 | 4,151.94 |
| RONALD R PETERSON | 2200-000 | NA | 60.40 | 60.40 | 60.40 |
| JENNER & BLOCK LLP | 3110-000 | NA | 14,863.50 | 14,863.50 | 14,863.50 |
| JENNER & BLOCK LLP | 3120-000 | NA | 1,305.26 | 1,305.26 | 1,305.26 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 20,381.10 | $ 20,381.10 | $ 20,381.10 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | MELINDA MALLARI | 5600-000 | NA | 57,000.00 | 57,000.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 57,000.00 | $ 57,000.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | AMERICAN AIRLINES FED CREDIT UNION | 7100-000 | NA | 14,534.15 | 14,534.15 | 3,872.60 |
| 000002 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 5,711.31 | 5,711.31 | 1,521.77 |
| 000001 | DISCOVER BANK/DISCOVER FINANCIAL SE | 7100-000 | NA | 10,387.77 | 10,387.77 | 2,767.80 |
| 000003 | ECAST SETTLEMENT CORPORATION ASSIGN | 7100-000 | NA | 4,984.68 | 4,984.68 | 1,328.16 |
| 000005 | ECAST SETTLEMENT CORPORATION ASSIGN | 7100-000 | NA | 3,987.35 | 3,987.35 | 1,062.42 |
| 000006 | ECAST SETTLEMENT CORPORATION ASSIGN | 7100-000 | NA | 11,580.14 | 11,580.14 | 3,085.50 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 51,185.40 | $ 51,185.40 | $ 13,638.25 |

Page: 1
Exhibit 8

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No: 05-04505   Judge: PAMELA S. HOLLIS
Case Name: MALLARI, REYNATO M
For Period Ending: 11/30/10

Trustee Name: RONALD R. PETERSON
Date Filed (f) or Converted (c): 02/10/05 (f)
341(a) Meeting Date: 03/01/05
Claims Bar Date: 07/10/07

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Cash on hand | 50.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 50.00 |
| 2. Wearing apparel | 50.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 50.00 |
| 3. American Airlines | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 4. 1987 Mercedes | 2,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 1,200.00 |
| 5. Avoidance Action (u) | 0.00 | 35,000.00 | | 34,005.00 | 995.00 | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 14.35 | Unknown | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $2,100.00 | $35,000.00 | | $34,019.35 | $995.00 | $0.00 | $1,300.00 |

Gross Value of Remaining Assets
$995.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The estate is fully administered and is ready for closing.

RE PROP# 5---Debtor transferred house post petition to wife who refinanced it

Initial Projected Date of Final Report (TFR): 12/31/07   Current Projected Date of Final Report (TFR): 03/31/10

_____   Date: _____

RONALD R. PETERSON

LFORMIEX

Ver: 16.01a

Page: 1

**Exhibit 9**

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-04505 -PSH |
| Case Name: | MALLARI, REYNATO M |
| Taxpayer ID No: | *******7282 |
| For Period Ending: | 11/30/10 |

| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9983  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/02/09 | 5 | TCF National Bank 800 Burr Ridge Parkway Burr Ridge, Il 60527-6486 | Avoidance Recovery | 1241-000 | 33,750.00 | | 33,750.00 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.20 | | 33,750.20 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.30 | | 33,750.50 |
| 04/21/09 | 5 | Melinda M Mallari 5213 W Carmen Avenue Chicago, Illinois 60630 | | 1241-000 | 255.00 | | 34,005.50 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.74 | | 34,006.24 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.86 | | 34,007.10 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.84 | | 34,007.94 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.87 | | 34,008.81 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.87 | | 34,009.68 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.84 | | 34,010.52 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.86 | | 34,011.38 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.85 | | 34,012.23 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.87 | | 34,013.10 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.86 | | 34,013.96 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.78 | | 34,014.74 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.87 | | 34,015.61 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.84 | | 34,016.45 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.86 | | 34,017.31 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.84 | | 34,018.15 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.86 | | 34,019.01 |
| 08/13/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.34 | | 34,019.35 |
| 08/13/10 | | Transfer to Acct #*******0451 | Final Posting Transfer | 9999-000 | | 34,019.35 | 0.00 |
| | | | Page Subtotals | | 34,019.35 | 34,019.35 | |

LFORM24   **UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Ver: 16.01a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 05-04505 -PSH |
| Case Name: | MALLARI, REYNATO M |
| | |
| Taxpayer ID No: | *******7282 |
| For Period Ending: | 11/30/10 |

| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9983  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | | 0.00 |
| | | | COLUMN TOTALS | | 34,019.35 | 34,019.35 | |
| | | | Less: Bank Transfers/CD's | | 0.00 | 34,019.35 | |
| | | | Subtotal | | 34,019.35 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 34,019.35 | 0.00 | |

Page Subtotals     0.00     0.00

Ver: 16.01a

Page: 3

Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:           05-04505 -PSH
Case Name:         MALLARI, REYNATO M

Taxpayer ID No:    *******7282
For Period Ending: 11/30/10

Trustee Name:      RONALD R. PETERSON
Bank Name:         BANK OF AMERICA, N.A.
Account Number / CD #:   *******0451  BofA - Checking Account

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/13/10 | | Transfer from Acct #*******9983 | Transfer In From MMA Account | 9999-000 | 34,019.35 | | 34,019.35 |
| 08/13/10 | 003001 | Ronald R Peterson | Trustee's compensation        Fees    4,151.94    Expenses    60.40 | 2100-000  2200-000 | | 4,212.34 | 29,807.01 |
| 08/13/10 | 003002 | JENNER & BLOCK LLP 353 North Clark Street Chicago, IL 60654 | Fees    14,863.50    Expenses    1,305.26 | 3110-000  3120-000 | | 16,168.76 | 13,638.25 |
| 08/13/10 | 003003 | Discover Bank/Discover Financial Services PO Box 3025 New Albany OH 43054 | Unsecured Creditor Distribution | 7100-000 | | 2,767.80 | 10,870.45 |
| 08/13/10 | 003004 | American Express Centurion Bank c/o Becket and Lee LLP POB 3001 Malvem PA 19355-0701 | Unsecured Creditor Distribution | 7100-000 | | 1,521.77 | 9,348.68 |
| 08/13/10 | 003005 | eCAST Settlement Corporation assignee of Household Bank and its Assigns POB 35480 Newark NJ 07193-5480 | Unsecured Creditor Distribution | 7100-000 | | 1,328.16 | 8,020.52 |
| 08/13/10 | 003006 | American Airlines Fed Credit Union MD 2100, P.O. Box 619001 DFW Airport, TX 75261-9001 | Unsecured Creditor Distribution | 7100-000 | | 3,872.60 | 4,147.92 |
| 08/13/10 | 003007 | eCAST Settlement Corporation assignee of Chase Bank USA NA POB 35480 Newark NJ 07193-5480 | Unsecured Creditor Distribution | 7100-000 | | 1,062.42 | 3,085.50 |
| | | | | Page Subtotals | 34,019.35 | 30,933.85 | |

LFORM24   UST Form 101-7-TDR (10/1/2010) (Page: 9)

Ver: 16.01a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 05-04505 -PSH |
|---|---|
| Case Name: | MALLARI, REYNATO M |

| Trustee Name: | RONALD R. PETERSON |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |

Taxpayer ID No: *******7282
For Period Ending: 11/30/10

Account Number / CD #:  ******0451  BofA - Checking Account

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | | 0.00 |
| 08/13/10 | 003008 | eCAST Settlement Corporation assignee of Chase Bank USA NA POB 35480 Newark NJ 07193-5480 | Unsecured Creditor Distribution | 7100-000 | | 3,085.50 | 0.00 |

| | | Deposits | Disbursements |
|---|---|---|---|
| COLUMN TOTALS | | 34,019.35 | 34,019.35 |
| Less: Bank Transfers/CD's | | 34,019.35 | 0.00 |
| Subtotal | | 0.00 | 34,019.35 |
| Less: Payments to Debtors | | 0.00 | 0.00 |
| Net | | 0.00 | 34,019.35 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | |
|---|---|---|---|
| Money Market Account (Interest Earn - ********9983 | 34,019.35 | 0.00 | |
| BofA - Checking Account - ********0451 | 0.00 | 34,019.35 | |
| | 34,019.35 | 34,019.35 | |

ACCOUNT BALANCES
| | | 0.00 |
|---|---|---|
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |

Total Funds On Hand   (Excludes Payments To Debtors)

(Excludes Account Transfers)

Page Subtotals   0.00   3,085.50

LFORM24   **UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

Ver: 16.01a